**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 95-2464**

———————————

DAVID L. MATTHEWS,

                                      Plaintiff - Appellant,

      and

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

                                        Plaintiff,

      versus

EVEREADY BATTERY COMPANY, INCORPORATED,

                                      Defendant - Appellee.

———————————

Appeal from the United States District Court for the Middle Dis-
trict of North Carolina, at Greensboro.  N. Carlton Tilley, Jr.,
District Judge.  (CA-92-610-2)

———————————

Submitted:  February 6, 1996      Decided:  August 2, 1996

———————————

Before WILKINSON, Chief Judge, and WILLIAMS and MICHAEL, Circuit
Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

David L. Matthews, Appellant Pro Se.  William Lawrence Rikard, Jr.,
Maureen Roncevich Hall, PARKER, POE, ADAMS & BERNSTEIN, Charlotte,
North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order granting summary judgment to the Appellees in this action alleging employment discrimination. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Matthews v. Eveready Battery Co., Inc., No. CA-92-610-2 (M.D.N.C. June 26, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED